1

2

3

4

5

6

7                        **UNITED STATES DISTRICT COURT**

8                             **DISTRICT OF NEVADA**

9

10

11   WILLIAM WHITSETT,                    )
                                          )
12              Petitioner,               )        3:10-cv-00100-ECR-RAM
                                          )
13   vs.                                  )        **ORDER**
                                          )
14   STEFANIE HUMPHREY, *et al.*,         )
                                          )
15              Respondents.              )
     _____/

16

17          This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254,

18   by a Nevada state prisoner.  By order filed January 26, 2011, the Court entered an order granting

19   respondents' motion to dismiss and finding Ground 3 of the petition to be unexhausted.  (ECF No.

20   12).  Petitioner was given the option of requesting a stay and abeyance to exhaust Ground 3 in state

21   court, or to inform this Court that he wishes to formally and forever abandon unexhausted Ground 3.

22   (*Id.*).

23          On February 18, 2011, petitioner filed a "motion to stay and abey," which appears to be a

24   request for an extension of time to inform the Court of his option.  (ECF No. 13).  To the extent that

25   petitioner requested an extension, the motion is granted.

26

On May 23, 2011, petitioner filed a "motion to reopen case/request to dismiss Ground 3 with prejudice." (ECF No. 14).  First, this action was never closed, therefore it cannot be reopened.  Second, the motion is better construed as a notice of abandonment, as petitioner states: "Petitioner requests to dismiss Ground 3 of his petition for writ of habeas corpus, based on the fact that Ground 3 has been and is unexhausted."  (ECF No. 14, at p. 1).  Petitioner continues with: "Petitioner respectfully requests that petitioner be allowed to proceed upon Ground 1 and Ground 2."  (*Id.*).  The Court grants petitioner's motion to voluntarily dismiss Ground 3 of the petition and proceed on Grounds 1 and 2.  Respondents shall now file their answer to the remaining grounds for relief.

**IT IS THEREFORE ORDERED** that petitioner's motion at ECF No. 13, construed as a motion for an extension of time, is **GRANTED.**

**IT IS FURTHER ORDERED** that petitioner's motion at ECF No. 14, to dismiss Ground 3 of the petition and proceed on Grounds 1 and 2, is **GRANTED.**

**IT IS FURTHER ORDERED** that respondents shall have **thirty (30) days** from the date of entry of this order to file their answer the remaining grounds of the petition.

**IT IS FURTHER ORDERED** that petitioner shall have **thirty (30) days** after the filing of the answer to file a reply.

Dated this 22nd day of June, 2011.

_Edward C. Reed._
UNITED STATES DISTRICT JUDGE

2