UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILLIAM WHITSETT,

     Petitioner,

vs.

STEFANIE HUMPHREY, *et al.*,

     Respondents.

3:10-cv-00100-ECR-WGC

**ORDER**

Respondents have filed a motion for an extension of time in which to file an answer or responsive pleading to the petition for a writ of habeas corpus.  (Docket #18).  Respondents seek a 30-day enlargement of time, up to and including March 23, 2012, to file an answer or other responsive pleading.  Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' second motion for an extension of time to file an answer or responsive pleading (Docket #18) is **GRANTED.**  The answer/responsive pleading shall be filed on or before **March 23, 2012.**

DATED this _1st_ day of ~~February~~ March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE